UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROSS SCHWARZ,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>PIONEER NATURAL RESOURCES COMPANY, J. KENNETH THOMPSON, A.R. ALAMEDDINE, LORI A. GEORGE, EDISON C. BUCHANAN, RICHARD P. DEALY, MARIA S. JELESCU DREYFUS, MATTHEW GALLAGHER, PHILLIP A. GOBE, STACY P. METHVIN, ROYCE W. MITCHELL, SCOTT D. SHEFFIELD, and PHOEBE A. WOOD, | Case No.: 1:23-cv-10915-JPO<br><br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |

　　　　Notice is hereby given that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff Ross Schwarz ("Plaintiff") voluntarily dismisses their claims in the above captioned action without prejudice. This notice of dismissal is being filed before service by Defendants of either an answer or a motion for summary judgment. Plaintiff's dismissal of this Action is effective upon filing of this notice.

Dated: December 21, 2023

**BRODSKY & SMITH**

By: *Evan J. Smith*
Evan J. Smith
240 Mineola Boulevard
Mineola, NY 11501
Phone: (516) 741-4977
Facsimile (561) 741-0626

*Attorneys for Plaintiff*